UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAVIER HUGO PEREZ** | : | **DOCKET NO. 2:23-cv-393** |
| REG. # 60421-177 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN FELIPE MARTINEZ** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for habeas corpus be **DENIED AND DISMISSED** because petitioner's claims are **MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 26th day of October, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**